UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KORRI WYNN, | CASE NO. C25-762 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LABORATORY SERVICES COOPERATIVE, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The above-entitled case is hereby transferred to the Honorable Barbara J. Rothstein, United States Senior District Judge. The caption for this case shall hereinafter be **C25-762 BJR**. All scheduled dates will remain as set unless the parties are notified otherwise by Judge Barbara J. Rothstein.

\\

\\

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed April 25, 2025.

Ravi Subramanian  
Clerk of Court

s/ Kathleen Albert  
Deputy Clerk

MINUTE ORDER - 2