1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10    KORRI WYNN,                                    CASE NO. C25-762 MJP

11                        Plaintiff,                 MINUTE ORDER

12            v.

13    LABORATORY SERVICES
      COOPERATIVE,
14
                          Defendant.
15

16

17            The following minute order is made by the direction of the court, the Honorable Marsha

J. Pechman, United States Senior District Judge:

18

19            The above-entitled case is hereby transferred to the Honorable Barbara J. Rothstein,

United States Senior District Judge. The caption for this case shall hereinafter be **C25-762 BJR**.

20

21    All scheduled dates will remain as set unless the parties are notified otherwise by Judge Barbara

J. Rothstein.

22            \\

23            \\

24

MINUTE ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed April 25, 2025.

Ravi Subramanian
Clerk of Court

s/ Kathleen Albert
Deputy Clerk