IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KORI WYNN,<br><br>   Plaintiff,<br><br>   v.<br><br>LABORATORY SERVICES COOPERATIVE,<br><br>   Defendant. | Case No. 2:25-cv-00762-BJR<br><br>**ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT - 1
(Case No. 2:25-cv-00762-BJR)

TROUTMAN PEPPER LOCKE LLP
100 Spectrum Center Dr., Suite 1500
Irvine, CA 92618
T: 949.622.2443 / F: 949.622.2739

The Court has reviewed and considered Defendant Laboratory Services Cooperative's Unopposed Motion for Extension of Time to File an Answer or Otherwise Respond to the Complaint filed by Plaintiff Korri Wynn up to and including June 18, 2025. For good cause appearing, the Court grants the Motion. Defendant Laboratory Services Cooperative shall have up to and including June 18, 2025 to answer or otherwise respond to the Complaint.

SO ORDERED.

Dated: May 14, 2025

*Barbara J. Rothstein*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT - 2
(Case No. 2:25-cv-00762-BJR)

TROUTMAN PEPPER LOCKE LLP
100 Spectrum Center Dr., Suite 1500
Irvine, CA 92618
T: 949.622.2443 / F: 949.622.2739